IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

BOBBY LEE BANKS
Name under which you were convicted

AIS: 119507
Your prison number

vs.
CHARLES A. GRADDICK Judge
BRENT T. DAY defence Attorney
Name of Defendant(s)

CIVIL ACTION NO. 14-319-KD-N
(To be supplied by Clerk of Court)

DRAPER CC 2828 HWY 143 N ELMORE AL. 36025
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form**. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court**. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case**. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

Revised 6/3/96

D. __Defendants__. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

E. __Pleading the Complaint__. Your complaint __should__ __not__ contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a __short__ and __plain__ statement of your claim and shall provide fair notice __to each defendant__ of the claim against that defendant and of the factual grounds upon which the claim rests.

F. __Fees__. This complaint cannot be properly filed unless it is accompanied by the $150.00 filing fee or a motion to proceed without prepayment of fees and costs if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees and Costs" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $150.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. __Form of Pleadings__. All pleadings and other papers filed __must__ be on 8 1/2" x 11" paper, __legibly__ handwritten or typewritten. Every document filed after the complaint must have the style of the case and the __docket__ __number__. Every pleading must be signed by you and must contain your address and telephone number, if any;

2

otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. **Certificate of Service**. Each pleading filed after the complaint **must** contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. **Copies**. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. **Form of Pleadings**. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. **No Evidence**. No evidence shall be sent to the Court for filing or storing.

I. **PREVIOUS LAWSUITS**.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action: Yes ( )   No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment: Yes ( )   No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

Plaintiffs: _____

Defendants: _____



   2. Court (if federal court, name the district; if state court, name the county): N/A

   3. Docket Number: N/A

   4. Were you granted the opportunity to proceed without payment of filing fees? Yes ( )   No (X)

5. Name of judge to whom the case was assigned: __NONE__

   __NONE__

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.: __NONE__

   __N/A__

7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

II. **YOUR PRESENT COMPLAINT.**

A. Place or institution where action complained of occurred: __Circuit Court Mobile County ALABAMA__

B. Date it occurred: __(12-13-2005) 01-26-2006__

C. Is there a prisoner grievance procedure in this institution? __NONE__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes ( )   No (X)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: __ALABAMA DO NOT have an Inmate grievance Procedure IN PRISON__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary): __IN the Circuit Court of__

4

(1.) Defendant, Charles A. GRADDICK, ON 12-13-05 denied MR. BOBBY LEE BANKS medical Attention and medical treatment. ON 12-13-05 MR. BANKS told MR. DAY MR. BANKS retained Atty! and the Court he was insulin dependant diabetic and is sick need to see doctor the Judge said MR. BANKS You is sick and need a doctor. here is what I'm going to do this shouldn't take long MR. BANKS are you Pleading guilty? that was ON 12-13-05 MR. BANKS said NO ON 12-13-05 on the same day MR. DAY told the Judge this is a blind best intrest Plea ON 12-13-05 after MR. DAY entered MR. BANKS into the blind without MR. BANKS APPorveal Judge GRADDICK accepted the guilty Plea. right at this Point GRADDICK the Judge denied MR. BANKS of his SubStantive Procedural right Not to enter a Plea of NOT guilty. Judge Graddick told MR. BANKS I am going to order a PSI report over at State Probation MR. BANKS I am ordering You to go over there today after You leave there then You can go to a doctor.

(2.) defendant Brent t. DAY Attorney at Law ON 12-13-05 did not object to the denyal of MR. BANKS request for medical Attention and medical treatment. ON 12-13-05 MR. DAY did enter his Client MR. Banks into a blind Plea without MR. BANKS appveal.

### III. PARTIES.

A. Plaintiff (Your name/AIS): BOBBY LEE BANKS 119507
   Your present address: 2828 HWY 143 N. ELMORE AL 36025.

B. Defendant(s):

1. Defendant (full name) Charles A. Graddick is employed as Judge at Mobile County Circuit Court.

His/her present address is 205 Government St, Ste 8600
(a) Claim against this defendant: MalPractice First degree Assualt with intent to commit felony murder.
(b) Supporting facts (Include date/location of incident): Judge Graddick denied MR. BANKS cry for Medical help. Attention and medical treatment MR. BANKS the Judge and Lawer he is diabetic and Need help

2. Defendant (full name) BRENT. DAY is employed as defence Attorney at Mobile Circuit Court.
His/her present address is P.O. Box 2545 Mobile 36652.
(a) Claim against this defendant: MalPractice First degree Assualt with intent to commit felony murder.
(b) Supporting facts (Include date/location of incident): ON 12-13-2005 MR. DAY witness his client MR. BANKS Plead a cry of help when MR. BANKS told him and Ju that he was sick and needed to see a doctor

3. Defendant (full name) _____ is employed as _____ at _____.
His/her present address is _____.
(a) Claim against this defendant: _____
(b) Supporting facts (Include date/location of incident): _____

6

C. **Additional Defendants**: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Receiving Stolen Property Second degree, 2 Counts.

2. When were you convicted? 12-13-2005

3. What is the term of your sentence? 20 Yrs

4. When did you start serving this sentence? 01-26-2006

5. Do you have any other convictions which form the basis of a future sentence?   Yes (✓)   No ( )
If so, complete the following:

(a) Date of conviction: 10-15-2012

(b) Term of sentence: 15 Yrs

6. What is your expected end of sentence (E.O.S.) date? 2030

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |
| Writ of habeas corpus granted | yes( ) no(✓) | yes( ) no(✓) |

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: N/A

V. State **briefly** exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes): I'm Seeking Compensatory, Punitive damage for 50 Million 00/100 from MR.

7

BRENT T. DAY." I'm Seeking Compensatory, Punitive damages from Judge Charles.A.Graddick for 50Million dollars

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

07-02-2014
Date

Bobby Lee Banks 119507
(Signature of Plaintiff Under Penalty of Perjury)

2828 HWY 143 N
Current Mailing Address

ELMORE, AL. 36025

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

## COMPLAINT OF JUDICIAL MISCONDUCT

1. Defendant: Honorable Judge Charles A. Graddick

    On 12/13/2005, Honorable Judge Graddick asked Mr. Banks, "Are you pleading guilty?"
    On 12/13/2005 Mr. Banks, "No."
    On 12/13/2005 Mr. Day, Mr. Banks retained lawyer Mr. Brent T. Day told judge that is a blind best interest plea.
    ON 12/13/2005, Judge Graddick accepted Mr. Bank's guilty plea. At this precise point is when Judge Graddick denied Mr. Banks his substantive procedural right to plead not guilty.
    On 12/13/2005, Judge Graddick denied Mr. Banks medical attention and medical treatment.
    On 1/26/2006, Judge Graddick imposed an illegal 20-year sentence upon a non-convicted citizen. Thereby violating Plaintiff's civil rights.

COMPLAINT OF ATTORNEY MISCONDUCT

2. Defendant: Brent T. Day

On 12/13/2005, Mr. Day, of Coxs and Day, did enter Mr. Banks, Mr. Day's client, into a blind best interest plea.

On 12/13/2005, Mr. Day did not object when Judge Graddick did not recognize Mr. Banks' needs. Mr. Day refused to ask the Judge for a postponement of the case so Mr. Banks could seek medical attention and medical treatment.

On 12/13/2005, Mr. Day entered his client into a blind best interest plea, thereby denying Mr. Banks of his substantive procedural right to plea not guilty and violating his civil rights.

Bobby Banks
AIS: 119507
P.O. Box 2828 HWY 143 N.
Elmore, AL. 36025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
113 ST. Joseph St.
Mobile, AL. 36602

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

Legal mail

Legal mail

Legal Mail